# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDY CURIEL, | ) | NO. SA CV 10-0301 DDP (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KATHLEEN ALLISON, Warden, | ) | |
| Respondent. | ) | |

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  _August 31_, 2011.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE