JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDDY CURIEL,<br><br>        Petitioner,<br><br>  v.<br><br>KATHLEEN ALLISON, Warden,<br><br>        Respondent. | CASE NO. CV 10-0301 DDP (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 9/11/2019

                                                       DEAN D. PREGERSON<br>
                                                UNITED STATES DISTRICT JUDGE